UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE FRANKLIN KING, SR., et al.,

    Plaintiff(s),                            Case No. 98-74902

v.                                               Hon. John Corbett O'Meara

CITY OF EASTPOINTE, et al.,

    Defendant(s).

_____/

## **JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge's Report and Recommendation, and any objections thereto in accordance with 28 U.S.C. § 636(b)(1), and the Court further having made a de novo determination of those portions of the Report and Recommendation to which objections have been made;

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff's motion for review of costs taxed by the clerk is **GRANTED IN PART AND DENIED IN PART**. The Clerk is ordered to deduct $1355.50 from the costs taxed, leaving a total of $6153.95 taxed against the plaintiff.

                                             s/John Corbett O'Meara
                                             John Corbett O'Meara
                                             United States District Judge

Dated: August 23, 2005

Copies: Timothy Ferrand, Charles Chomet